LYNN HUBBARD III, SBN 69773
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorney for Plaintiff

JOHN P. KELLEY, SBN 168904
HALKIDES, MORGAN & KELLEY
P O Drawer 492170
Redding, CA 96049-2170
Telephone: (530) 221-8150
Facsimile: (530) 221-7963
Email: John@Reddinglaw.com

Attorneys for Defendants

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lary Feezor,<br><br>    Plaintiff,<br><br>    vs.<br><br>Walt Stallcup Enterprises, Inc. dba Wendy's #4320; Stallcup Properties, LLC,<br><br>    Defendants.<br>_____/ | Case No. 2:13-cv-00513-MCE-CMK<br><br>**Joint Stipulation for Dismissal and Order Thereon** |

TO THE COURT AND TO ALL PARTIES:

 Plaintiff, Lary Feezor, and defendants, Walt Stallcup Enterprises, Inc. dba Wendy's #4320; and Stallcup Properties, LLC, stipulate to and jointly request that this Court enter a dismissal without prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated:  October 10, 2014   LAW OFFICES OF LYNN HUBBARD

           /s/   Lynn Hubbard            /
           LYNN HUBBARD III
           Attorney for Plaintiff

Dated:  October 10, 2014   HALKIDES, MORGAN & KELLEY

           /s/   John P. Kelley            /
           JOHN P. KELLEY
           Attorney for Defendants

## ORDER

 Pursuant to the foregoing stipulation (ECF No. 12), the complaint of plaintiff, USDC Case No. 2:13-cv-00513-MCE-CMK, is DISMISSED without prejudice in its entirety as to all parties.  The Clerk of the Court is directed to CLOSE this case.

 IT IS SO ORDERED.

Dated:  October 14, 2014

           _____
           MORRISON C. ENGLAND, JR., CHIEF JUDGE
           UNITED STATES DISTRICT COURT

Joint Stipulation for Dismissal   *Feezor v. Walt Stallcup Enterprises, Inc., et al.*
                    Case No. 2:13-cv-00513-MCE-CMK

Page 2